Tillie D. MORSE as Administrator of Carl W. Morse, Deceased, Plaintiff-Appellee, v. CONSOLIDATED NAVIGATION COMPANY and United States Shipping Board Emergency Fleet Corporation, Defendants-Appellants.

Circuit Court of Appeals, Second Circuit.
January 7, 1929.

No. 110.

Charles H. Tuttle, U. S. Atty., of New York City (Edgar G. Wandless and George Biddle, Sp. Assts. to the U. S. Atty., both of New York City, of counsel), for appellants.

Simon N. Gazan, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

John F. MYRON ex rel. HONG LUN, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
April 26, 1928.

No. 2246.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon motion of appellee, it is ordered that this case be docketed and dismissed.

---

James NAPIER v. DETROIT, TOLEDO & IRONTON RAILWAY CO.

Circuit Court of Appeals, Sixth Circuit.
January 18, 1929.

No. 5340.

Deeds & Cole, of Toledo, Ohio, for appellant.

John S. Pratt and Wallace Visscher, both of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel for appellee.

---

OLD COLONY TRUST COMPANY et al., Executors, Plaintiffs, Appellants, v. UNITED SHOE MACHINERY COMPANY et al., Defendants, Appellees.

Circuit Court of Appeals, First Circuit.
July 11, 1928.

No. 2227.

Edward F. McClennen and Francis J. V. Dakin, both of Boston, Mass., for appellants.

Hector M. Holmes and Fish, Richardson & Neave, all of Boston, Mass., for appellees.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. Upon stipulation of counsel, it is ordered that this case be, and the same hereby is, dismissed, without costs.